```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

RICHARD L. YANKELOV, et al.,    :
on behalf of himself and all
others similarly situated       :

    v.                          :  Civil Action No. DKC 19-2042

                                :
PEOPLE'S BANK AND TRUST CO.
                                :
```

**MEMORANDUM OPINION**

This case arises under the Fair Labor Standards Act and was filed by several named plaintiffs as a potential collective and class action. It has not, however, been certified, conditionally or otherwise. Defendant filed a notice of Plaintiff Williams Brooks' death on August 10, 2021. (ECF No. 26). The notice reports that Mr. Brooks died on October 3, 2019, prior to the filing of the operative Amended Complaint, although after the filing of the initial complaint. Under the circumstances, the question of whether the claim survived Mr. Brooks' death must be addressed, if pursuant to Fed.R.Civ.P. 25(a)(1), a motion to substitute is filed. However, if a motion to substitute is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed regardless.

To date, no return of service and no motion to substitute have been filed.

The remaining parties filed a joint motion for approval of their settlement on August 5, 2021 (ECF No. 24).  Defendant filed a notice on May 11, 2021, consenting to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and enter final judgment.  (ECF No. 16). All Plaintiffs except William Brooks consented to the same on August 17, 2021.  (ECF No. 27).

At present, thus, pursuant to Fed.R.Civ.P. 42(b), the court will bifurcate the claims for separate consideration.  The claims of William Brooks are referred to Magistrate Judge Jillyn Schulze for a Report and Recommendation as to whether the claims may proceed and, if a motion to substitute is filed, whether it should be granted.  The claims of all other parties will be referred to Magistrate Judge Schulze for all further proceedings.

A separate order will be entered.

                                         /s/
                                 DEBORAH K. CHASANOW
                                 United States District Judge